MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WANDA PEREZ,

                Plaintiff,

                      07 Civ. 7322 (CM)
    - v.-

                      CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA; THE U.S.
POSTAL SERVICE; and PROVIDENCIA      ECF
GOMEZ,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       I, Andrew M. McNeela, an Assistant United States Attorney for the Southern District of New York, hereby certify that on October 26, 2007, I caused a copy of the Answer of the United States of America to the Complaint to be served upon the party named below by regular mail:

        Donald Leo, Esq.
        Donald Leo & Associates, P.C.
        Attorneys for Plaintiff
        625 Middle County Rd.
        Coram, New York 11727

Dated:        New York, New York
              October 26, 2007

                                            _____/s/_____
                                            ANDREW M. McNEELA
                                            Assistant United States Attorney