MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  JAMES NICHOLAS BOEVING
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2748
Fax: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

WANDA PEREZ,

                              Plaintiff,

                v.                                              07 Civ. 07322 (CM) (RLE)
                                                                      ECF Case

UNITED STATES OF AMERICA, THE U.S.
POSTAL SERVICE, and PROVIDENCIA                       NOTICE OF APPEARANCE
GOMEZ

                              Defendants.

-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

for the UNITED STATES OF AMERICA, THE U.S. POSTAL SERVICE, and PROVIDENCIA

GOMEZ, and also requests that he be designated as Lead Attorney to whom paper filings and/or

Notices of Electronic Filing will be transmitted in this case.

1

Dated: New York, New York
      September 11, 2008

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York

By:     /s/ James Nicholas Boeving
                    JAMES NICHOLAS BOEVING
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Telephone: (212) 637-2748
                    Fax: (212) 637-2686
                    Email: James.N.Boeving@usdoj.gov

cc:    Donald William Leo (by facsimile)